**Thomas G. Nichols, appellant, v. Foundation Desk Company, Inc., appellee. Gen. No. 39,861.**

Opinion filed March 21, 1938.

Royal J. Schmidt and William N. Brady, for appellant. Whitman, Holton & Tews, for appellee; Charles R. Holton and Stuart C. Abbey, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

**Louise Thompson, appellee, v. Vernon Thompson, appellant. Gen. No. 39,874.**

Opinion filed March 21, 1938.

John P. Costello, for appellant. Irving S. Toplon, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**People of the State of Illinois ex rel. Byron F. Verdung, appellee, v. Robert J. Dunham et al., appellants. Gen. No. 39,912.**

Opinion filed March 21, 1938. Rehearing denied April 4, 1938.

Charles Center Case, for appellants; Martin G. Loeff, of counsel. Michael F. Ryan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**Winifred Baker, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 39,842.**

Opinion filed April 11, 1938. Rehearing denied April 25, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Danaher & Garriott, for appellee; Melvin L. Griffith and I. R. Ross, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.